UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARRYL DWAYNE MCGHEE,

    Plaintiff,

v.    Case No. 3:21cv76-LC-HTC

ESCAMBIA COUNTY, ETC.,

    Defendant.

_____/

**ORDER**

The magistrate judge issued a Report and Recommendation on January 15, 2020 (ECF No. 3), recommending dismissal based on Plaintiff's failure to truthfully disclose his litigation history, his status as a three-striker under 28 U.S.C. § 1915(g) and his failure to pay the filing fee at the time he initiated this action. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Case No. 3:21cv76-LC-HTC

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 3) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE because Plaintiff is a three-striker under 28 U.S.C. § 1915(g), failed to truthfully disclose his litigation history, and has failed to pay the filing fee.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 18th day of February, 2021.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**